## MEMORANDUM DECISIONS.

ALDEN, Appellant, v. ALUMINUM PRESS CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Edward Alden, as stockholder, etc., against the Aluminum Press Company and others. L. S. Phillips, for appellant. L. R. Conklin, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

ALISH, Respondent, v. HIRSCH et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 4, 1906.) Action by Philip Alish against Samual Hirsch and Max Hirsch. No opinion. Judgment of the Municipal Court affirmed, with costs.

ANDREWS, Respondent, v. H. & H. REINERS, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) Action by Annie Andrews, as administratrix, etc., of Joseph T. Andrews, deceased, against H. & H. Reiners. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. See 98 N. Y. Supp. 658.

ANGLO–CONTINENTAL CHEMICAL WORKS v. DILLON et al. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by the Anglo-Continental Chemical Works against James St. G. Dillon and another. No opinion. Motion granted. Order filed.

ARMSTRONG v. NASSAU COUNTY et al. (Supreme Court, Appellate Division, Second Department. May 4, 1906.) Action by Joseph D. Armstrong against the county of Nassau and others.

PER CURIAM. We do not find in the papers presented any justification for the view taken by the moving parties of the scope and effect of our decision herein; nor do we find any thing in the judgment rendered on the submission which is binding upon other parties in subsequent litigation, or even upon this court, as to such parties, by way either of precedent or of adjudication. Motion denied.

In re ARTHUR AVE. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Appeal from Special Term, New York County. In the matter of the opening of Arthur avenue. From an order directing the payment of an award to the respondent, appeal is taken. Reversed and remanded. Joseph A. Flannery, for appellant. C. W. Dayton, for respondent.

PER CURIAM. On the authority of Matter of Opening Crescent Avenue, 183 N. Y. 14, 75 N. E. 937, the order appealed from should be reversed, with $10 costs and disbursements, and the issues raised by the petition and affidavit remitted to the Special Term to pass upon the same.

ATWOOD, Appellant, v. INTERBOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Term. March, 1906.) Appeal from Municipal Court, Borough of Manhattan, Tenth District. Action by Charles G. Atwood against the Interborough Rapid Transit Company. From a judgment in favor of defendant, plaintiff appeals. Reversed. Horace A. Davis, for appellant. Charles A. Gardiner (George R. Coughlin, of counsel), for respondent.

PER CURIAM. The facts in this case are quite similar to those in Windels v. Interborough Rapid Transit Co., 98 N. Y. Supp. 854, decided at the last term of this court. The opinion in that case is decisive of the question raised upon this appeal. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

In re BARBOUR'S ESTATE. (Supreme Court, Appellate Division, First Department. April 20, 1906.) In the matter of William Barbour, deceased. No opinion. Decree affirmed, with costs. Order filed.

BAUER, Respondent, v. HAWES, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by Louis Bauer against Euphemia A. Hawes, as executrix, impleaded. B. E. V. McCarty, for appellant. J. Dunne, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BECKER v. HOTCHKIN et al. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Action by James P. Becker against Rosette B. Hotchkin and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Motion to dismiss appeal denied, without costs.

WILLIAMS, J., not voting.

BELL et al. v. CITY SECURITY CO. (Supreme Court, Appellate Division, Second Department. May 4, 1906.) Action by Philip T. Bell and others against the City Security Company. No opinion. Submission dismissed on the ground that the agreed statement of facts shows that the plaintiffs have no cause of action against the defendant for specific performance; the purchase of the real estate having been made at a judicial sale in foreclosure, and the remedy for a failure to complete being by motion in the foreclosure action.